IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv056

| | |
|---|---|
| MYRA B. AUSTIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>_____ ) | **JUDGMENT** |

For the reasons stated in the Order of Remand entered simultaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this matter is hereby **REMANDED** to the Commissioner of Social Security.

Signed: May 10, 2011

Martin Reidinger
United States District Judge